NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

IN RE MICROSOFT CORPORATION,
*Petitioner.*

Miscellaneous Docket No. 944

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0366, Judge Leonard Davis.

## ON PETITION FOR WRIT OF MANDAMUS

## ORDER

Microsoft Corporation submits a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its order denying Microsoft's motion to transfer venue and to direct the Texas district court to transfer the case to the United States District Court for the Western District of Washington.

Upon consideration thereof,

IT IS ORDERED THAT:

Allvoice Developments US, LLC is directed to respond no later than June 18, 2010.

FOR THE COURT

JUN 0 3 2010

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: David J. Lender, Esq.
Chris P. Perque, Esq.
Clerk, United States District Court for the Eastern District Of Texas

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 0 3 2010

**JAN HORBALY**
**CLERK**